UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | Case No. 1:19-cv-01570-JDP |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FOURTEEN DAYS |
| v. | |
| S. SAVOIE, | |
| Defendant. | |

Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The court has received a complaint, ECF No. 1, but no filing fee or application to proceed *in forma pauperis*. I direct plaintiff to pay the filing fee or apply to proceed *in forma pauperis* within fourteen days of this order.

I also note that the Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief maybe granted.[1] Plaintiff

---

[1] The cases include *Cruz v. Munoz*, No. 1:14-cv-01215-SAB (E.D. Cal.) (dismissed for failure to state a claim on May 17, 2016); *Cruz v. Munoz*, No. 1:14-cv-00976-DLB (E.D. Cal.) (dismissed

1

has been informed in at least two other cases that he is subject to § 1915(g).[2] An application to proceed *in forma pauperis* will not be granted if it does not comply with the statute.

IT IS SO ORDERED.

Dated: November 5, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.

---

for failure to state a claim on May 11, 2016); *Cruz v. Ruiz*, No. 1:14-cv-00975-SAB (E.D. Cal.) (dismissed for failure to state a claim on January 6, 2016); and *Trujillo v. Sherman*, No. 1:14-cv01401-BAM (E.D. Cal.) (dismissed for failure to state a claim on April 24, 2015).

[2] *See Cruz v. Stebbins,* 1:17-cv-00789-AWI-GSA (E.D. Cal. 2019); *Cruz v. Savoie*, 1:19-cv-01024-LJO-JDP (E.D. Cal. 2019).