1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10    GUILLERMO TRUJILLO CRUZ,                    Case No. 1:19-cv-01570-JDP

11                  Plaintiff,                    ORDER DENYING PLAINTIFF'S PENDING
                                                 MOTIONS FOR MISCELLANEOUS RELIEF
12          v.                                   AS MOOT

13    OCHOA,                                      ECF Nos. 19, 20

14                  Defendant.

15

16          Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding without counsel in this

17   now-closed case.  On July 28, 2020, the Court of Appeal for the Ninth Circuit dismissed

18   plaintiff's appeal as "so insubstantial as to not warrant further review."  ECF No. 21 at 1.

19   Plaintiff's pending motions for miscellaneous relief related to the appeal are denied as moot.

20   ECF Nos. 19, 20; *see also* ECF No. 21 at 1 ("All pending motions are denied.").

21

22   IT IS SO ORDERED.

23

     Dated:    August 3, 2020        _____
24                                   UNITED STATES MAGISTRATE JUDGE

25

26   No. 205.

27

28

1